Finding no reversible error, the judgment of the trial court is affirmed.

Clifford TAYLOR, Appellant,

v.

STATE of Texas, Appellee.

No. 30434.

Court of Criminal Appeals of Texas.

Feb. 11, 1959.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from revocation of probation and the imposition of sentence, punishment being assessed at two years' confinement in the penitentiary for the felony offense of drunken driving.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.